THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYL MADISON, Appellant. [1 NYS3d 803]—

Order, Supreme Court, New York County (Daniel P. Conviser, J.), entered on or about August 7, 2012, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of resentencing. This conclusion was warranted by the totality of the circumstances, including defendant's extensive criminal history, which included multiple violent offenses, and his generally poor prison disciplinary record (*see e.g. People v Arroyo*, 99 AD3d 515 [1st Dept 2012], *lv denied* 20 NY3d 1059 [2013]). In particular, defendant absconded to another state while under parole supervision pursuant to the underlying judgment, and was subsequently convicted in that state of drug and firearm offenses (*see e.g. People v Perez*, 110 AD3d 528 [1st Dept 2013], *lv denied* 22 NY3d 1043 [2013]). While the court credited defendant for his successful completion of various programs and the strides defendant has taken to put his life back together it properly found that such mitigating factors did not outweigh his extensive criminal history. Concur—Tom, J.P., Saxe, Manzanet-Daniels, Gische and Clark, JJ.